UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Beal Bank USA f/k/a Beal Bank Nevada, a Nevada corporation, | Civ. No. 11-3220 (PAM/FLN) |
| Plaintiff, | |
| v. | |
| Crown Bank, a Minnesota corporation; StoneArch Fund IV, LLC, a Minnesota limited liability company; The Citizens State Bank of Olivia, a Minnesota corporation; North American Banking Company, a Minnesota corporation; and Bruce K. Hoyt, a Minnesota citizen, | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Franklin L. Noel dated June 12, 2012. The R&R recommended that this Court deny Plaintiff's Motion to Appoint Receiver and enter a preliminary injunction. No party has filed an objection to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 63). The Court will enter a preliminary injunction consistent with the R&R in a separate order.

Accordingly, **IT IS HEREBY ORDERED** that Beal Bank's Motion to Appoint a Receiver for StoneArch Fund IV, LLC (Docket No. 40) is **DENIED.**

Dated:  July 9, 2012

                                                    s/Paul A. Magnuson
                                                   Paul A. Magnuson
                                                   United States District Court Judge